UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Darex, LLC dba Work Sharp,
Plaintiff(s),
v.
Rygel Advanced Machines dba OMTech,
Defendant(s).

Case No. 1:26-CV-11429-RMI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian N. Platt, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Darex, LLC dba Work Sharp in the above-entitled action. My local co-counsel in this case is Gregory James Lundell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 234,941.

60 E. South Temple St., Ste 1000
Salt Lake City, UT 84111
MY ADDRESS OF RECORD

111 North Market St., Ste 900
San Jose, CA 95113
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(801) 533-9800
MY TELEPHONE # OF RECORD

(669) 213-1050
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bplatt@wnlaw.com
MY EMAIL ADDRESS OF RECORD

greg.lundell@hglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17099.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/19/2026

Brian N. Platt
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian N. Platt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 23, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

## District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Brian N. Platt

Bar # **17099**, was duly admitted to practice in this Court on May 14, 2019, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on November 19, 2026

Gary P. Serdar
*Clerk*

*(By) Deputy Clerk*